IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**REGINALD L. DUNAHUE**                                                       **PLAINTIFF**
**ADC #106911**

**v.**                     **Case No. 5:16-cv-00144 KGB/JTR**

**RANDY WATSON, Warden,**
**Varner Super Max Unit, ADC,** *et al.***,**                               **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 91). No objections have been filed, and the time for filing objections has passed. The Court adopts the Recommended Partial Disposition as its findings in all respects (*Id.*). Accordingly, the Court denies plaintiff Reginald Dunahue's motion for order of restraint to cease and desist (Dkt. No. 85). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that in *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this the 17th day of September, 2018.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge