IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

REGINALD L. DUNAHUE                                                                    PLAINTIFF
ADC #106911

v.                              Case No. 5:16-cv-00144 KGB/JTR

JAMES PLUMMER, *et al.*,                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed. The relief requested is denied. The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal of this Judgment would not be taken in good faith.

So adjudged this 12th day of September 2019.

_____
Kristine G. Baker
United States District Judge